UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULES ANTHONY GHOLAR, | No.  2:12-cv-1585-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| ROBERT HICKMAN, et al, | |
| Respondents. | |

    Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 15, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  None of the parties have filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 15, 2013 (ECF No. 21), are ADOPTED in full;

1

2. Respondent's motion to dismiss (ECF No. 15) is GRANTED;

3. The petition is dismissed;

4. Petitioner's motion to amend (ECF No. 19) is GRANTED;

5. This action proceeds on the First Amended Petition filed on February 21, 2013; and

6. Respondent is directed to file an answer to the amended petition within 30 days of this order.

Dated:  September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT